455 A.2d 188

Commonwealth v. Guerrero, Appellant.

Submitted June 3, 1982. Blaise H. Coco, Jr., appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence is affirmed.

CIRILLO, J., filed a memorandum concurring opinion.